IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01169-RWS-RSP |
| vs. | § § | LEAD CASE |
| ADAMS EXTRACT | § § | |
| Defendant. | § § | |
| SYMBOLOGY INNOVATIOSN, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01870-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| PNY TECHNOLOGIES, INC. | § § | |
| Defendant. | § § | |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss PNY Technologies, Inc. It is therefore ORDERED that all claims by and between parties are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 20th day of April, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE